AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Alex Levin<br><br>*Defendant(s)* | )<br>)<br>) Case No. 15-MJ-2192-MBB<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 12, 2015  in the county of  Norfolk  in the District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See the Affidavit of Federal Bureau of Investigation Task Force Officer Michael Sullivan, which is attached and incorporated by reference.

☑ Continued on the attached sheet.

*/s/ Michael Sullivan*
*Complainant's signature*

MICHAEL SULLIVAN, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/12/2015

*/s/ Marianne B. Bowler, USMJ*
*Judge's signature*

City and state:  Boston, Massachausetts       MARIANNE B. BOWLER, U.S. Magistrate Judge
*Printed name and title*