## AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

I, Michael Sullivan, having been first duly sworn, do hereby depose and state as follows:

1. I am employed as a Detective with the City of Boston (Massachusetts) Police Department. I am also a sworn Special Deputy United States Marshal. I have been employed by the Boston Police Department approximately the past nine years and am currently assigned as a Task Force Officer to the FBI Boston Division, Child Exploitation Task Force. While employed by the Boston Police Department, I have investigated state and federal criminal violations related to, among other things, the on-line sexual exploitation of children. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

2. I submit this affidavit in support of a criminal complaint charging Alex Levin, YOB: 1966, of Norwood, Massachusetts, with possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

3. The statements contained in this affidavit are based in part on information provided by FBI Special Agents; written reports about this matter that I have received from other law enforcement agents, information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by FBI agents/analysts and computer forensic professionals; and my experience, training and background as a law enforcement officer. Because this affidavit is submitted for the limited purpose of securing authorization for the requested criminal complaint, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish the foundation for the requested criminal complaint

4. On August 11, 2015, United States Magistrate Judge Marianne B. Bowler issued a search warrant for the residence at 64 Plymouth Drive, Apartment C, in Norwood, Massachusetts. The search warrant was executed shortly after 6:00 a.m. on August 12, 2015. Upon entering the premises, federal and local law enforcement officers encountered Alex Levin, the sole occupant of the residence.

5. Upon entering the residence, officers observed Levin exiting a bedroom and approaching the front door. The officers identified themselves and informed Levin that they were present to execute a search warrant. The officers looked throughout the residence and determined that Levin was the sole occupant. The officers showed Levin a copy of the search warrant and gave him an opportunity to read the warrant.

6. Officers escorted Levin to the rear patio area and advised him of his *Miranda* warnings using an FBI Advice of Rights form. Levin signed the form and indicated his willingness to speak with the officers. The ensuing interview was audio-recorded. Levin stated he lived alone at the residence, but that his daughter visited every other weekend. Levin stated that he had two

HP laptops and that one was old and the other new. He also indicated that he had a cellphone and two tablets. Levin indicated that his internet provider was Fios and that he logged onto the internet using both wireless and wired connections. He stated that his wireless connection was secured with a password. After providing this information, he declined to provide any additional information.

7. A forensic review of Levin's older laptop computer, HP serial number CNF0486LTC, revealed seven videos and one still image. I reviewed the seven videos and the one still image and based on my training and experience I believe that the videos and the still image all contained child pornography. The laptop computer was manufactured in China, while its hard drive was manufactured in Korea. The seven videos containing child pornography included the following:

0-2010 pthc babyshivid frifam 5yo sally gets fucked by day (very excellent).avi – this video, which is 1 minute 20 seconds in duration, features a series of sexual encounters between a nude prepubescent female child and a nude adult male, including the adult male inserting his penis into the child's vagina. The video also depicts the naked female child inserting or rubbing two "dildos" against her vaginal and anal areas.

0-kiddy porn (asian lolita) 0708 – cambodian girl (11 yo) fucks 10 yo girl and man (excellent, pthc).mpg – this video, which is 11 minutes 26 seconds in duration, depicts a prepubescent female being vaginally penetrated by an adult's penis, as well as a prepubescent female inserting a "dildo" into the vagina of a second prepubescent female.

0_t-169754455-bibcam-pjk-pthc-kdv-rbv-pedo---01---sk—starskysh---boys-13yo-1.mpg This video, which is 15 minutes 4 seconds in duration, depicts two boys approximately 13 years of age masturbating and performing oral sex.

## Conclusion

8. Based on the foregoing, there is probable cause to believe that Alex Levin possessed child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

*Michael Sullivan*
Task Force Officer Michael Sullivan
Federal Bureau of Investigation

Sworn and subscribed to before me this 12th day of August, 2015

*Marianne B. Bowler, USMJ*
HON. MARIANNE B. BOWLER
United States Magistrate Judge