JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**     Category No.  **II**              Investigating Agency   **FBI**

**City**   Norwood

**County**   Norfolk

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   15-MJ-2192-MBB
Search Warrant Case Number   15-MJ-2187-MBB
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Alex Levin                     Juvenile:     ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name

Address   (City & State) Norwood, Massachusetts

Birth date (Yr only): 1966   SSN (last4#):_____   Sex Male    Race: Caucasian    Nationality: _____

**Defense Counsel if known:** _____        Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   David G. Tobin              Bar Number if applicable _____

**Interpreter:**   ☐ Yes  ☑ No      List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

☐ Warrant Requested        ☐ Regular Process        ☑ In Custody

**Location Status:**

**Arrest Date**   08/12/2015

☑ Already in Federal Custody as of   08/12/2015   in _____  .
☐ Already in State Custody at ————————— ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony ___¹

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 09/17/15        Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Alex Levin _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 USC 2252A(a)(5)(B) | Possession of Child Pornography | 1 |
| Set 2   18 USC 2253 | Criminal Forfeiture | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013