UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX LEVIN,<br>        Defendant | Criminal No. 15-CR-10271-WGY |

**GOVERNMENT'S NOTICE REGARDING ITS MOTION FOR
RECONSIDERATION OF THE COURT'S ORDER SUPPRESSING EVIDENCE**

On May 13, 2016, the government filed a motion for reconsideration of the Court's order granting the defendant's motion to suppress evidence. It its reconsideration motion, the government referenced the Court's suppression order entered on April 20, 2016 (D.69), which the Court subsequently amended on May 5, 2016 to correct a citation appearing on page 19. (D.82). Although the amended suppression order did not appear to alter the substance of the original order, the government wishes to clarify, out of an abundance of caution, that the motion to reconsider filed on May 13th (D.86) seeks reconsideration of both the April 20th (D.69) and May 5th (D.82) suppression orders entered by the Court.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   */s/David G. Tobin*
DAVID G. TOBIN
JORDI DE LLANO
Assistant U.S. Attorneys

## **CERTIFICATE OF SERVICE**

I, David G. Tobin, AUSA, hereby certify that on May 16, 2016, the foregoing document was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

>  */s/ David G. Tobin*
> DAVID G. TOBIN