# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 15-10271-WGY** |
| ) | |
| **ALEX LEVIN,** ) | |
|     **Defendant** ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Young, J.) April 20, 2016 *Memorandum & Order* suppressing evidence to be used in the trial against the defendant, Alex Levin [Docket entry 69 (docketed on April 20, 2016)]; from the court's May 5, 2016 *Amended Memorandum & Order* [Docket entry 82 (docketed on May 5, 2016)]; and from the court's May 17, 2016 denial of the government's motion for reconsideration [Docket entry 88 (docketed on May 17, 2016)].

                                                                 Respectfully submitted,

                                                                 CARMEN M. ORTIZ
                                                                 United States Attorney

                        By:    */s/ Jordi de Llano*
                                 JORDI DE LLANO
                                 Assistant U.S. Attorney

## Certificate of Service

      I hereby certify that on May 17, 2016, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                        /s/ *Jordi de Llano*
                                        JORDI DE LLANO
                                        Assistant U.S. Attorney