# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA) | | |
| | ) | |
| v. | ) | **Criminal No. 15-10271-WGY** |
| | ) | |
| ALEX LEVIN, | ) | |
| Defendant | ) | |

## CERTIFICATION

The government has filed a notice of appeal of the district court's (Young, J.) April 20, 2016 *Memorandum & Order* suppressing evidence to be used in the trial against the defendant, Alex Levin [Docket entry 69 (docketed on April 20, 2016)]; from the court's May 5, 2016 *Amended Memorandum & Order* [Docket entry 82 (docketed on May 5, 2016)], and from the court's May 17, 2016 denial of the government's motion for reconsideration [Docket entry 88 (docketed on May 17, 2016)]. Pursuant to 18 U.S.C. §3731, the United States Attorney hereby certifies to the district court that the appeal is not taken for the purpose of delay and that the evidence is substantial proof of a fact material in the proceeding.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney