# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America v. Alex Levin

District Court Number: 15cr10271-WGY

Fee:  Paid? Yes ____ No ____  Government filer  X   *In Forma Pauperis* Yes ____ No ____

Motions Pending  Yes  X   No ____   Sealed documents  Yes  X   No ____
*If yes, document #*  64   *If yes, document #*  5,43,59,64,65

*Ex parte* documents  Yes  X   No ____   Transcripts  Yes  X   No ____
*If yes, document #*  64,65   *If yes, document #*  54,72,77,78,80

Notice of Appeal filed by: Plaintiff/Petitioner  X    Defendant/Respondent ____  Other: ____

Appeal from:

#69 Memorandum and Order, #82 Amended Memorandum and Order, #88 Electronic Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#69, #82, #88, and #89

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 89  filed on May 17, 2016 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  May 18, 2016  .

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**