AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    15-cr-10271-WGY |
| ALEX LEVIN | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE GOVERNMENT.                                                                                                          .

Date:     08/30/2017

/s/Anne Paruti
*Attorney's signature*

Anne Paruti, BAR #670356
*Printed name and bar number*

U.S. Attorney's Office
John J. Moakley Courthouse, 1 Courthouse Way
Suite 9200, Boston, MA  02210

*Address*

anne.paruti@usdoj.gov
*E-mail address*

(617) 748-3310
*Telephone number*

(617) 748-3954
*FAX number*