CERTIFICATE OF SERVICE

I, Anne Paruti, Assistant United States Attorney, do hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as nonregistered participants on August 30, 2017.

/s/Anne Paruti
ANNE PARUTI
Assistant U.S. Attorney