IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.   )<br>)<br>ALEX LEVIN,   )<br>)<br>Defendant   ) | Criminal No. 15-10271-WGY |

## MOTION TO WITHDRAW

The undersigned attorney for the United States respectfully moves the Honorable Court to allow him to withdraw as attorney for the United States.  Assistant United States Attorney Anne Paruti filed an appearance in the case on August 30, 2017.  (Docket Entry No. 107)  In support of this motion, the undersigned avers that the Office of the United States Attorney has reassigned the case to Assistant United States Attorney Paruti.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　WILLIAM D. WEINREB
　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　By: /s/ David G. Tobin
　　　　　　　　　　　　　　　　　　DAVID G. TOBIN
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

　　　　　　　　　　　　　　　　　　Date:  September 19, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                     /s/ David G. Tobin
                     DAVID G. TOBIN
                     Assistant United States Attorney