# United States Court of Appeals
## For the First Circuit

_____

No. 16-1567

UNITED STATES OF AMERICA,

Appellant,

v.

ALEX LEVIN,

Defendant, Appellee.

_____

**JUDGMENT**

Entered: October 27, 2017

     This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

     Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's suppression order is vacated, and the matter is remanded for further proceedings not inconsistent with the opinion issued this day.

                                             By the Court:
                                             /s/ Margaret Carter, Clerk

cc:
Hon. William G. Young
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
J. W. Carney Jr.
Nathaniel Dolcort-Silver
Kelly Begg Lawrence
David Gerard Tobin
Dina Michael Chaitowitz
Jordi de Llano Campos
Scarlet Kim
Caroline Elizabeth Wilson Palow
Jessie J. Rossman
Mark Thomas Rumold
Andrew Gellis Crocker