# United States Court of Appeals
## For the First Circuit

No. 16-1567

UNITED STATES

Appellant

v.

ALEX LEVIN

Defendant - Appellee

**MANDATE**

Entered: November 20, 2017

In accordance with the judgment of October 27, 2017, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
J. W. Carney Jr.
Dina Michael Chaitowitz
Andrew Gellis Crocker
Nathaniel Dolcort-Silver
Scarlet Kim
Kelly Begg Lawrence
Jessie J. Rossman
Mark Thomas Rumold
David Gerard Tobin
Caroline Elizabeth Wilson Palow
Jordi de Llano Campos