UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| V. | ) ) | No. 15-CR-10271-WGY |
| ALEX LEVIN | ) ) ) | |

**MOTION TO PERMIT COUNSEL TO WITHDRAW**

Samir Zaganjori, counsel for the defendant, Alex Levin, moves to withdraw pursuant to Local Rule 83.5.2(c). As grounds for this motion, Attorney Zaganjori states the following:

1.  The law firm of J. W. Carney, Jr. & Associates was retained to represent the defendant in this matter. Undersigned counsel, Samir Zaganjori, previously worked for the firm and filed his appearance in this case.

2.  On May 17, 2016, the government filed a notice of appeal of the Court's allowance of the defendant's motion to suppress evidence. On October 27, 2017, the First Circuit Court of Appeals ruled on the appeal and remanded the matter back to the District Court for further proceedings.

3.  As of September 1, 2016, Attorney Zaganjori is no longer employed at the law firm. He previously gave written notice of his departure from the firm to the defendant.

4.  The defendant will continue to be represented by Attorney J. W. Carney, Jr. and Attorney Nathaniel Dolcort-Silver. Permitting Attorney Zaganjori to withdraw in this matter will not cause any material adverse effect on the interests of the defendant.

        Alex Levin
        By His Attorney,


<u>/s/ Samir Zaganjori</u>

Samir Zaganjori
B.B.O. # 663917

Zaganjori Law Office
42 Pleasant Street
Woburn, MA  01801
781-496-2848
szaganjori@zaglawoffice.com


Dated: November 21, 2017


<u>Certificate of Service</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

        <u>/s/ Samir Zaganjori</u>

        Samir Zaganjori


Dated: November 21, 2017