UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No.: 15-10271-WGY** |
| ) | |
| **ALEX LEVIN,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO WITHDRAW

The undersigned attorney for the United States respectfully moves this Honorable Court to allow him to withdraw as attorney for the United States in this matter. In support, the undersigned states that this case has been reassigned to another attorney, Assistant United States Attorney Anne Paruti, who filed her appearance on August 30, 2017 (Doc. # 107).

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

Date: December 6, 2017          By:     /s/ *Jordi de Llano*
Jordi de Llano
Assistant United States Attorneys
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100

## CERTIFICATE OF SERVICE

I, Jordi de Llano, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: December 6, 2017                    /s/ *Jordi de Llano*
Assistant United States Attorney