```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                       ) | Crim. No. 15-cr-10271-WGY |
| )  | |
| ALEX LEVIN               ) | |

### DEFENDANT'S UNOBJECTED-TO MOTION FOR AMENDMENT OF CONDITIONS OF RELEASE

The defendant, Alex Levin, moves pursuant to 18 U.S.C. § 3145(a)(2) that this Court amend the conditions of release ordered by this Court on May 12, 2016 (Dkt. 85). Specifically, the defendant moves that his curfew be extended until 1:00 AM on Friday and Saturday so that he may take additional night shifts as required by his job. Pretrial Services, through Probation Officer Chrissy Murphy, assents to this motion. The United States, through Assistant United States Attorney Anne Paruti, has no objection to this motion. As grounds therefore, the defendant states the following:

The defendant began working at a shipping fulfillment center in August, 2016. The defendant's supervisors have been impressed with his work and offered the defendant a full-time position as a Senior Workflow Process Manager, which he accepted. The defendant has been asked to take on additional shifts in his role as a manager at the fulfillment center.

The defendant has abided by his conditions of release at all times since being released in April of 2016. The defendant's other conditions of release: report to Pretrial Services; remain in Massachusetts; maintain residence and do not move without prior Pretrial Services approval; refrain from excessive use of alcohol; refrain from drug use; submit to random alcohol and drug testing; submit to location monitoring with a GPS ankle bracelet; curfew; and no unsupervised contact with children under 18 except his daughter, would remain in place.

WHEREFORE, the defendant moves that this Court extend his curfew until 1:00 AM on Friday and Saturday so that he may take additional night shifts as required by his job.

                              ALEX LEVIN
                              By His Attorneys,

                              CARNEY & ASSOCIATES

                              *J. W. Carney, Jr.*
                              J. W. Carney, Jr.
                              B.B.O. # 074760

                              *Nate Dolcort-Silver*
                              Nate Dolcort-Silver
                              B.B.O. # 693968

                              Carney & Associates
                              20 Park Plaza, Suite 1405
                              Boston, MA 02116
                              617-933-0350
                              jcarney@CARNEYdefense.com

February 8, 2018

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*/s/ J. W. Carney, Jr.*
J. W. Carney, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                        ) | Crim. No. 15-cr-10271-WGY |
| ) | |
| ALEX LEVIN                ) | |
| ) | |

**AFFIDAVIT SUPPORTING**
**DEFENDANT'S MOTION FOR AMENDMENT OF CONDITIONS OF RELEASE**

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*
J. W. Carney, Jr.

February 8, 2018

4