UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.         ) | CRIM. NO. 15-cr-10271-WGY |
| ) | |
| ALEX LEVIN      ) | |

## MOTION TO PERMIT COUNSEL TO WITHDRAW

Nathaniel Dolcort-Silver, undersigned counsel for the defendant, hereby moves to withdraw as counsel in this matter. As grounds therefore, counsel states the following:

1.   The law firm of J. W. Carney, Jr. & Associates was retained to represent the defendant in this matter. Attorney J. W. Carney, Jr. is lead counsel in this matter.

2.   As of April 20, 2018, Attorney Dolcort-Silver is no longer employed at the firm.

3.   Attorney Carney will remain as counsel in this matter.

4.   Attorney Dolcort-Silver has given notice of his departure from the firm to the defendant and has served him with a copy of this motion.

5.   Permitting Attorney Dolcort-Silver to withdraw in this matter will not cause any adverse effect on the interests of the defendant.

Respectfully Submitted,

*Nathaniel Dolcort-Silver*

Nathaniel Dolcort-Silver
B.B.O. # 693968

Block & Leviton
155 Federal St., Suite 400
Boston, MA  02110
(617) 398-5600
Nate@blockesq.com

Dated: May 18, 2018

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*Nathaniel Dolcort-Silver*