```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CRIM. NO. 15-cr-10271-WGY |
| ) | |
| ALEX LEVIN     ) | |

**<u>APPEARANCE OF COUNSEL FOR THE DEFENDANT</u>**

Please enter my appearance on behalf of the defendant.

                                Alex Levin
                                By His Attorneys

                                CARNEY & ASSOCIATES

                                */s/ Reyna M. Ramirez*

                                Reyna M. Ramirez
                                B.B.O. # 698630

                                20 Park Plaza, Suite 1405
                                Boston, MA 02116
                                617-933-0350
                                rramirez@CARNEYdefense.com

May 8, 2018

<u>Certificate of Service</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

                                */s/ Reyna M. Ramirez*