# **EXHIBIT 1**

Protective Order

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss                                SUPERIOR COURT DEPARTMENT
                                             No. 1581 CR 128

|  |  |
|---|---|
| COMMONWEALTH | ) |
| | ) |
| V. | ) |
| | ) |
| PALLAVI MACHARLA | ) |

## PROTECTIVE ORDER

After good cause having been found, the Court hereby ORDERS that Attorney J. W. Carney, Jr. be present for an approximately seven week trial starting in the Middlesex Superior Court on January 7, 2019, and that he shall be present for the entirety of the trial, including for the jury to return their verdict in this matter. As grounds, the Court states the following:

1. The defendant is charged with first degree murder in the death of a six-month-old child who was in her care when the child became unresponsive on March 27, 2014. The defendant was indicted a year later, on March 4, 2015.

2. J. W. Carney, Jr. is lead counsel for the defendant.

3. Due to difficulty obtaining the Telugu translator that is required for the trial, the most recent trial date of October 22, 2018 was continued to January 7, 2019, the first available date for the required translator.

4. The Court will continue this case no further.

Dated: 10/24/18

Honorable Laurence D. Pierce
Middlesex Superior Court

5

147