UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No:  15-CR-10271-WGY |
| | ) | |
| ALEX LEVIN, | ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE**

  Now comes the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully moves this Court with the assent of the defendant to continue the final pretrial conference in this matter from the currently scheduled date of April 22, 2019 to May 3, 2019.  As reason therefor, the government states that the undersigned Assistant United States Attorney is scheduled to be at the forensic interview of a child victim of sexual exploitation (which is being conducted by an interviewer who resides out of state), and counsel for the defendant will not be available because of a homicide trial in the Middlesex Superior Court.  The parties suggest May 3, 2019 as an alternate date, if the Court is available.

                Respectfully submitted,

                ANDREW E. LELLING
                United States Attorney

             By:  /s/ Anne Paruti_____
Date:  April 16, 2019         Anne Paruti
                Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, Anne Paruti, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Anne Paruti_____
Dated: April 16, 2019                                Assistant United States Attorney