# EXHIBIT 1

Representative Document Provided by the Government on May 13, 2019



LEVIN 0017