UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO. 15-CR-10271-WGY |
| ALEX LEVIN, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF THE PARTIES CONCERNING AUTHENTICITY OF EVIDENCE

The United States of America and the defendant Alex Levin hereby stipulate and agree as follows:

1. The government intends to offer as exhibits information extracted from the defendant's HP laptop computer.

2. The defendant will not raise any objection as to the chain of custody for the defendant's HP laptop computer.

3. The defendant reserves all other objections as to the admissibility of the information extracted from the computer.

Respectfully Submitted,

ANDREW E. LELLING
United States Attorney

By: _____
Anne Paruti
Assistant U.S. Attorney

_____
ALEX LEVIN, Defendant

_____
J.W. Carney, Jr.
Daniel Gaudet
Attorneys for Alex Levin

Date: May 20, 2019