# EXHIBIT 1

## Screenshots Depicting "lnk" Files





LEVIN 0033