UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. 15-cr-10271-WGY |
| ) | |
| ALEX LEVIN ) | |
| ) | |

## **DEFENDANT'S PROPOSED JURY INSTRUCTION**

The defendant, Alex Levin, moves that the Court give the following instruction to the jury:

The defendant is on trial for possession of the twelve videos and one still image depicting child pornography that were discovered on his computer. The defendant is not on trial for possession of any other still images or videos that are not charged in this indictment.

*See United States v. Majeroni*, 784 F.3d 72, 76-78 (1st Cir. 2015).

                                                ALEX LEVIN
                                                By his attorneys,
                                                CARNEY & ASSOCIATES

                                                *J. W. Carney, Jr.*
                                                J. W. Carney, Jr.
                                                B.B.O. # 074760

                                                *Daniel J. Gaudet*
                                                Daniel J. Gaudet
                                                B.B.O. # 688120

                                                20 Park Plaza, Suite 1405
                                                Boston, MA 02116
                                                617-933-0350
                                                JCarney@CARNEYdefense.com

May 29, 2019

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*
J. W. Carney, Jr.