5/30/2019
9:55 AM

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____
                        )
UNITED STATES OF AMERICA, )
                        )
                        )
        v.              )          CRIMINAL ACTION
                        )          No. 15-10271-WGY
ALEX LEVIN              )
                        )
        Defendant       )
_____ )
```

### JURY VERDICT

        On the charge of knowing possession of child pornography
affecting interstate commerce, we find Alex Levin

        _____  not guilty

        _____✗_____  guilty



Date: 5-30-19

_____
Forelady
Melissa Centrella