## Other Child Pornography Prosecutions – District of Massachusetts

| Case | Number of Files[1] | Guidelines | Sentence |
|---|---|---|---|
| *United States v. Stefanidakis*, 10-cr-10174-WGY | Thousands of videos and still images | 151 – 188 months | 84 months |
| *United States v. Lunt*, 10-cr-10175-GAO | | 151 – 188 months | 96 months |
| *United States v. MacKinnon*, 10-cr-10227-RWZ | | 151 – 188 months | 60 months |
| *United States v. Roy*, 10-cr-10267-DPW | 6 videos | 70 – 87 months | 18 months |
| *United States v. Follett*, 10-cr-10316-GAO | | 51 – 63 months | 18 months |
| *United States v. Bhavsar*, 10-cr-40018-FDS | | 41 – 51 months | 3 months |
| *United States v. Jepsen*, 11-cr-10047-DPW | | 63 – 78 months | 30 months |
| *United States v. Bilotta*, 11-cr-40006-FDS | | 87 – 108 months | 30 months |
| *United States v. Wood*, 10-cr-40025-FDS | 24 videos and 27 still images | 97 – 121 months | 37 months |
| *United States v. Proulx*, 11-cr-10274-JLT | | 51 – 63 months | 5 years of probation |
| *United States v. Saunders*, 11-cr-10285-DPW | | 78 – 97 months | Time served |
| *United States v. Edmunds*, 11-cr-10295-NMG | Over 600 still images | 97 – 120 months | 49 months |
| *United States v. Reardon*, 11-cr-10325-JLT | | 97 – 120 months | 5 years of probation |
| *United States v. Doherty*, 11-cr-10328-DJC | | 97 – 120 months | 18 months |
| *United States v. Teves*, 11-cr-10351-JLT | | 97 – 120 months | 5 years of probation |
| *United States v. Rita*, 12-cr-10045-MLW | | 70 – 87 months | 5 years of probation |

---

[1] This information is included where it is publicly available.

## Other Child Pornography Prosecutions – District of Massachusetts

| | | | |
|---|---|---|---|
| *United States v. Cannon*, 12-cr-10130-RWZ | | 97 – 121 months | 12 months and 1 day |
| *United States v. Corbett*, 12-cr-10168-RWZ | | 97 – 121 months | 12 months and 1 day |
| *United States v. Richardson*, 12-cr-10209-JLT | | 70 – 87 months | 24 months |
| *United States v. Starr*, 12-cr-30036-WGY | 2,900 videos and 100,000 still images | 78 – 97 months | 42 months |
| *United States v. Andre*, 13-cr-10267-DPW | 1,799 images and 29 videos of child pornography; 315 images and 3 videos of child erotica | 97 – 120 months | 24 months |
| *United States v. St. Pierre*, 13-cr-10271-RWZ | 32,595 images and videos | 97 – 120 months | 18 months |
| *United States v. Garner*, 13-cr-10274-PBS | Approximately 2,300 still images and 1,100 videos | 135 – 168 months | 84 months |
| *United States v. Hager*, 13-cr-10335-RWZ | | 360 – 480 months | 60 months |
| *United States v. Paterson*, 14-cr-10133-WGY | "Millions" of still images | 78 – 97 months | 60 months |
| *United States v. Lorenz*, 14-cr-30007-WGY | Over 800 still images | 135 – 168 months | 120 months |
| *United States v. Lynch*, 15-cr-10014-RGS | | 168 – 210 months | 72 months |
| *United States v. Tran*, 16-cr-10010-PBS | | 97 – 121 months | 60 months |
| *United States v. Rainey*, 16-cr-40020-TSH | | 87 – 108 months | 24 months |
| *United States v. Chaplis*, 17-cr-40031-TSH | | 210 – 262 months | 84 months |