UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| V. | ) ) | Crim. No. 15-CR-10271-WGY |
| ALEX LEVIN | ) ) ) | |

**DEFENDANT'S NOTICE OF APPEAL**

The defendant, Alex Levin, appeals the judgment entered by this court on December 03, 2019.

                                                    ALEX LEVIN
                                                    By his attorneys,
                                                    CARNEY & ASSOCIATES

                                                    */s/ J. W. Carney, Jr.*
                                                    J. W. Carney, Jr.
                                                    B.B.O. # 074760

                                                    */s/ Reyna M. Ramirez*
                                                    Reyna M. Ramirez
                                                    B.B.O. # 698630

                                                    20 Park Plaza, Suite 1405
                                                    Boston, MA 02116
                                                    617-933-0350
                                                    JCarney@CARNEYdefense.com

December 18, 2019

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*
J. W. Carney, Jr.