UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Crim. No. 15-CR-10271-WGY |
| | ) | |
| ALEX LEVIN | ) | |
| | ) | |

## **DEFENDANT'S MOTION TO PROCEED *IN FORMA PAUPERIS***

The defendant, Alex Levin , moves pursuant to Fed. R. App. P. 24(a)(1), that this Court waive the filing fee for his appeal and permit him to proceed *in forma pauperis*. As grounds for this motion, the defendant states the following:

1. Undersigned counsel were retained as private counsel for the defendant in the District Court proceeding.

2. On December 13, 2018 this Court authorized funds for an expert because the defendant is indigent.

3. Counsel represented the defendant throughout, including at his plea, sentencing, and restitution hearings.

4. A notice of appeal is filed alongside this motion, on this date, December 18, 2019.

5. Undersigned counsel is not able to represent the defendant on appeal.

6. Because the defendant is indigent, he cannot afford to retain counsel.

Wherefore, the defendant moves that this Court waive the filing fee for his appeal and allow him to proceed *in forma pauperis*.

ALEX LEVIN
By his attorneys,
CARNEY & ASSOCIATES

*J. W. Carney, Jr.*

J. W. Carney, Jr.
B.B.O. # 074760

*Reyna M. Ramirez*

Reyna M. Ramirez
B.B.O. # 698630

20 Park Plaza, Suite 1405
Boston, MA 02116
617-933-0350
JCarney@CARNEYdefense.com

December 18, 2019

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
UNITED STATES OF AMERICA              )
                                      )
V.                                    )        Crim. No. 15-CR-10271-WGY
                                      )
ALEX LEVIN                            )
_____)

**AFFIDAVIT IN SUPPORT OF DEFENDANT'S MOTION TO PROCEED *IN FORMA PAUPERIS***

I, J. W. Carney, Jr. state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.


*J. W. Carney, Jr.*

J. W. Carney, Jr.

December 18, 2019