AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

*Please Read Instructions:*

**FOR COURT USE ONLY**
DUE DATE:

| | |
|---|---|
| 1. NAME: Reyna Ramirez | 2. PHONE NUMBER: (617) 933-0350 |
| | 3. DATE: 12/18/2019 |
| 4. DELIVERY ADDRESS OR EMAIL: rramirez@carneydefense.com | 5. CITY: Boston |
| | 6. STATE: MA |
| | 7. ZIP CODE: 02116 |
| 8. CASE NUMBER: 1:15-cr-10271-WGY | 9. JUDGE: Young |
| | DATES OF PROCEEDINGS |
| | 10. FROM 5/20/2019 |
| | 11. TO 10/9/2019 |
| 12. CASE NAME: USA v. Levin | LOCATION OF PROCEEDINGS |
| | 13. CITY: Boston |
| | 14. STATE: MA |

**15. ORDER FOR**
- [x] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [x] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [x] VOIR DIRE | 05/20/2019 | [x] TESTIMONY (Specify Witness) All Ws | 05/20, 05/21, 05/22, 05/29, 05 |
| [x] OPENING STATEMENT (Plaintiff) | 05/21/2019 | | |
| [x] OPENING STATEMENT (Defendant) | 05/21/2019 | | |
| [x] CLOSING ARGUMENT (Plaintiff) | 05/29/2019 | [x] PRE-TRIAL PROCEEDING (Spcy) Final Pre-Trial | 05/14/2019 |
| [x] CLOSING ARGUMENT (Defendant) | 05/29/2019 | | |
| [ ] OPINION OF COURT | | | |
| [x] JURY INSTRUCTIONS | 05/29/2019 | [ ] OTHER (Specify) | |
| [x] SENTENCING | 10/09/2019 | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: *[signature]*

19. DATE: 12/18/19

PROCESSED BY:

PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY: R

COURT ADDRESS:

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY