# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America v. Alex Levin

District Court Number: 15cr10271-WGY

Fee: Paid? Yes ____ No _X___*** Government filer ____ *In Forma Pauperis* Yes ____ No ____

| | | | |
|---|---|---|---|
| Motions Pending<br>*If yes, document #* | Yes _X___ No ____<br>192 | Sealed documents<br>*If yes, document #* | Yes _X___ No ____<br>5,43,59,64,65,181 |
| *Ex parte* documents<br>*If yes, document #* | Yes _X___ No ____<br>64,65,140,142,175,184 | Transcripts<br>*If yes, document #* | Yes _X___ No ____<br>54,72,77,78,80 |

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent _X___   Other: ____

Appeal from:

#189 Judgment

Other information:

***Motion for Leave to Appeal In Forma Pauperis Pending, ECF No. 192***

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#189 and #191

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 191 filed on December 18, 2019.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 10, 2020.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**