UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CASE NO. 1:15-CR-10271-001-WGY |
| v. | ) | |
| | ) | |
| ALEX . LEVIN | ) | |
| Defendant. | | |

## NOTICE OF ATTORNEY APPEARANCE

Please include the undersigned as counsel for the plaintiff, United States of America, for the purposes of notification of filings in the above-captioned matter.

Respectfully submitted,
UNITED STATES OF AMERICA
By its attorneys

ANDREW E. LELLING
United States Attorney

By:   /s/ Alexandra W. Amrhein
ALEXANDRA W. AMRHEIN (BBO 676604)
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel. No. (617) 748-3197
Fax No. (617) 748-3972
Alexandra.Amrhein@usdoj.gov

DATE: April 10, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this date, this document was filed through the ECF system electronically and to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

 /s/ Alexandra W. Amrhein
ALEXANDRA W. AMRHEIN
Assistant U.S. Attorney