UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:15-CR-10271-001-WGY |
| | ) | |
| ALEX LEVIN | ) | |
| Defendant. | ) | |

## SATISFACTION OF RESTITUTION AND/OR FINE JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Alex Levin, by payment in full. This Satisfaction does not affect any outstanding Order of Forfeiture or Forfeiture Money Judgment entered in the case.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

ANDREW E. LELLING
United States Attorney

By:   /s/ Alexandra W. Amrhein
ALEXANDRA W. AMRHEIN (BBO 676604)
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3197
Alexandra.Amrhein@usdoj.gov

Date: April 10, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2020, this document was filed through the ECF system and sent electronically to any registered participants and/or a paper copy was sent by mail to Alex Levin located in Danbury, Connecticut.

/s/ Alexandra W. Amrhein
ALEXANDRA W. AMRHEIN
Assistant United States Attorney