# United States Court of Appeals
## For the First Circuit

No. 20-1078

UNITED STATES OF AMERICA,

Appellee,

v.

ALEX LEVIN,

Defendant, Appellant.

**JUDGMENT**

Entered: September 14, 2021

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Alex Levin's conviction is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Julia Pamela Heit
Alex Levin
Donald Campbell Lockhart
Randall Ernest Kromm
Anne Paruti