# United States Court of Appeals
## For the First Circuit

No. 20-1078

UNITED STATES,

Appellee,

v.

ALEX LEVIN,

Defendant - Appellant.

**MANDATE**

Entered: October 5, 2021

In accordance with the judgment of September 14, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Julia Pamela Heit
Randall Ernest Kromm
Alex Levin
Donald Campbell Lockhart
Anne Paruti